JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANDARD FABRICS INTERNATIONAL, INC., <br><br> Plaintiff, <br><br> v. <br><br> HOT SHOT HK, LLC; *et al*., <br><br> Defendants. | Case No.: CV15-2286 PA (FFMx) <br> *Hon. Percy Anderson Presiding* <br><br> **ORDER ON STIPULATION TO DISMISS ACTION WITH PREJUDICE** |

ORDER:

FOR GOOD CAUSE APPEARING, THE FOLLOWING IS HEREBY ORDERED:

    1.    This action is hereby dismissed with prejudice pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii); and

    2.    The parties will each bear their respective costs and attorneys' fees as incurred against one another in connection with this action; and

SO ORDERED.

Dated: July 2, 2015        By: _____
                                      HONORABLE PERCY ANDERSON
                                      UNITED STATES DISTRICT JUDGE